IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**RUSSELL WEBB,**

    **Plaintiff,**                           **CASE NO. 3:17-cv-00582-DAB**

vs.

**CAPITAL ONE BANK (USA) N.A.,**

    **Defendant.**

    _____/

## NOTICE OF SETTLEMENT

Plaintiff RUSSELL WEBB and Defendant Capital One Bank (USA), N.A. ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

    Respectfully submitted the 19 of January, 2018.

*s/ Wesley H. Blacksher*_____
Wesley H. Blacksher
3763 Professional Parkway
Mobile, AL 36609
251-432-1010
blacksherw@aol.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 19 day of Januray, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

**Joshua H. Threadcraft**
Burr & Forman, LLP
Suite 3400
420 N 20th St
Birmingham, AL 35203
205/251-3000
Fax: 205/413-8701
Email: joshua.threadcraft@burr.com
ATTORNEY FOR DEFENDANT

**Megan Perkins Stephens**
Burr & Forman, LLP
Suite 3400
420 N 20th St
Birmingham, AL 35203
205/251-3000
Fax: 205/458-5100
Email: mstephen@burr.com
ATTORNEY FOR DEFENDANT

By: s/ *Alyson Dykes*
Alyson Dykes