# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RUSSELL WEBB<br>  Plaintiff,<br>v.<br>CAPITAL ONE BANK (USA), N.A.,<br>  Defendant. | Case No. 3:17-cv-00582-DAB<br><br>**JOINT STIPULATION AND ORDER**<br>**FOR DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED,

DATED: March 9, 2018

/s/ *Wesley H. Blacksher*
Wesley H. Blacksher
3763 Professional Parkway
Mobile, AL 36609
251-432-1010
blacksherw@aol.com
Attorney for Plaintiff

/s/ *Megan P. Stephens*
Joshua H. Threadcraft (ASB-7136-H36T)
Megan P. Stephens (ASB-1568-M76S)
Burr & Forman, LLP
Suite 3400
420 N 20th St
Birmingham, AL 35203
205-251-3000
joshua.threadcraft@burr.com

Megan.Stephens@burr.com
Attorneys for Defendant Capital One Bank (USA), N.A.
