IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL WEBB, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.  3:17-cv-582-DAB |
| CAPITAL ONE BANK (USA), N.A., | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The parties having filed a Joint Stipulation for Dismissal with Prejudice (Doc. 21) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is the **ORDER**, **JUDGMENT**, and **DECREE** of the court that this action is **DISMISSED with prejudice** in its entirety with each party to bear their own attorney's fees and costs.

The Clerk of Court is **DIRECTED** to enter this document in the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 13th day of March 2018.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE